IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00468-MSK-OES

ECHOSTAR SATELLITE L.L.C., a Colorado Limited Liability Company,
ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation, and
NAGRASTAR L.L.C., a Colorado Limited Liability Company,

    Plaintiffs,

v.

WILLIAM MOSLEY, an Individual,
VIRGINIA MOSLEY, an Individual, and
JOHN DOES 1-10,

    Defendants.

---

## ORDER

---

    **THIS MATTER** comes before the Court on Plaintiffs' Dismissal of Defendants Virginia Mosley and John Does 1-10 Without Prejudice Pursuant to Fed.R.Civ.P.41(a)(1) filed September 8, 2005, which the court construes as a Motion for Approval of Dismissal.

    **THE COURT FINDS:**

    1. The Plaintiff did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect (.wpd) or text (.txt) format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

    2. The Motion fails to comport to the requirements set forth in MSK Civ. Practice

Standard II.I (Partial Case Settlement/Dismissal)(Revised as of January 18, 2005) available at

www.co.uscourts.gov..

Accordingly, the Motion is **DENIED** without prejudice.

Dated this 9th day of September, 2005.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge