**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.05-cv-00468-MSK-OES

**ECHOSTAR SATELLITE L.L.C.**, a Colorado Limited Liability Company,
**ECHOSTAR TECHNOLOGIES CORPORATION**, a Texas Corporation, and
**NAGRASTAR LLC**, a Colorado Limited Liability Company,

      Plaintiffs,

v.

**WILLIAM MOSLEY**, an Individual,

      Defendant.

---

**ORDER ON MOTION FOR APPROVAL OF DISMISSAL**

---

After considering Plaintiffs' EchoStar Satellite L.L.C., EchoStar Technologies Corporation, and NagraStar LLC Motion for Approval of Dismissal of Defendants Virginia Mosley and John Does 1-10 **(#10)**, the Court hereby grants the Motion and dismisses all claims

against Defendants Virginia Mosley and John Does 1-10 without prejudice.

DATED this 12th day of September, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge