IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00468-MSK-OES

ECHOSTAR SATELLITE, LLC,
ECHOSTAR TECHNOLOGIES CORPORATION,
NAGRASTAR, LLC,

Plaintiff(s),

vs.

WILLIAM MOSLEY,

Defendant(s).

## ORDER

ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

Plaintiff has filed a request for entry of default and a motion for entry of default judgment. On September 12, 2005, District Judge Marcia S. Krieger dismissed all defendants with the single exception of William Mosley (Mosley). On September 13, 2005, the clerk entered default against Mosley, noting that he had been served and had failed to file any responsive pleading.

As a general rule, "a default judgment establishes, as a matter of law, that defendants are liable to plaintiff as to each cause of action alleged in the complaint." United States v. DiMucci, 879 F.2d 1488, 1497 (7th Cir. 1989). Once default judgment is entered, the court is required to accept the well-pleaded allegations of the complaint as true. Quirindongo Pacheco v. Rolon Morales, 953 F.2d 15, 16 (1st Cir. 1992); *see also*, 10A C. Wright, A. Miller, & M. Kane, *Federal Practice and Procedure,* § 2688 at 58-59 (2d ed. 1998) (henceforth "Wright & Miller"), *citing* Thomson v. Wooster, 114

U.S. 104 (1885) ("Averments in a pleading to which a responsive pleading is required. . . are admitted when not denied in the responsive pleading."). The averments in plaintiff's complaint that were not denied in a responsive pleading "are deemed admitted, as they would be for any other litigant." Biella v. State Dept. of Hwys, 652 P.2d 1100, 1102 (Colo.App. 1982).

For a calculation of damages, "[n]o hearing is required on damages if the damages claimed are liquidated or in an amount calculable by mathematical processes alone." Kwik Way Stores, Inc. v. Caldwell, 745 P. 2d 672, 679 (Colo. 1987). If the sum is not certain or capable of easy computation, the court may proceed in any manner it deems appropriate, including hearings, inquiries or references to masters. Wright & Miller, § 2688 at 64.

## ORDER

It is therefore ORDERED, In light of the above principles, that plaintiff shall e-mail its draft form of default judgment to this chambers in Word Perfect or Word. If plaintiff's damages are "liquidated or in an amount calculable by mathematical processes," plaintiff may state its damages in its default judgment, and attach an affidavit that verifies the amounts that are sought. If plaintiff's damages are not

liquidated, it is directed to contact this chambers to set a hearing at which the court may consider evidence or testimony and determine the amount of damages that is owed to plaintiff.

Dated at Denver, Colorado, this day of:  November 14, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
United States Magistrate Judge