IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00468-MSK-MEH

ECHOSTAR SATELLITE, LLC,
ECHOSTAR TECHNOLOGIES CORPORATION,
NAGRASTAR, LLC,

Plaintiffs,

v.

WILLIAM MOSLEY,

Defendant.

ORDER FOR SUPPLEMENTAL BRIEFING

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiffs' Motion for Default Judgment and a proposed order on entry of default and default judgment, which was referred to this Court on October 5, 2005 pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed.R.Civ.P. 72(b) for purposes of making a recommendation.

If a party fails to answer or otherwise defend, a default may be entered against the party. Fed.R.Civ.P. 55(a). The Court must consider personal and subject matter jurisdiction in determining whether entry of default judgment is warranted. *E.g.*, *Williams v. Life Sav. & Loan*, 802 F.2d 1200, 1202-03 (10th Cir. 1986) (lack of subject matter jurisdiction constitutes good cause to set aside a default judgment); *Dennis Garberg & Assoc. v. Pack-Tech Int'l Corp.*, 115 F.3d 767, 772 (10th Cir. 1997) (district court erred in failing to determine personal jurisdiction issue before considering entry of default judgment).

Plaintiffs allege that Defendant sold and shipped a Signal Theft Device to residents of the State of Colorado. Plaintiffs allege that these devices were purchased on E-Bay under screen names

and shipped to Colorado. Whether this activity satisfies the personal jurisdiction requirements for suit in Colorado may be unclear under existing Tenth Circuit precedent. *See, e.g.*, *Soma Medical Int'l v. Standard Chartered Bank*, 196 F.3d 1292 (10th Cir. 1999). *Cf. Zippo Mfg Co. v. Zippo Dot Com, Inc.*, 952 F. Supp. 1119 (W.D. Pa. 1997). Plaintiffs are directed to submit to the Court no later than March 14, 2006, arguments and authorities supporting their position regarding this Court's personal jurisdiction over Defendant.

Dated at Denver, Colorado, this 22nd day of February, 2006.

BY THE COURT:

 s/ Michael E. Hegarty
       Michael E. Hegarty
United States Magistrate Judge