IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00468-MSK-MEH

ECHOSTAR SATELLITE L.L.C., a Colorado Limited Liability Company,
ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation, and
NAGRASTAR L.L.C., a Colorado Limited Liability Company,

    Plaintiffs,

v.

WILLIAM MOSLEY, an Individual,

    Defendant.

_____

**ORDER ADOPTING RECOMMENDATION AND GRANTING DEFAULT JUDGMENT**
_____

**THIS MATTER** comes before the Court pursuant to the May 11, 2006 Report and Recommendation **(# 19)** of United States Magistrate Judge Michael E. Hegarty that the Plaintiffs' Motion for Default Judgment **(# 7)** be granted; and the Plaintiffs' Motion to Dismiss Claims Against Virginia Mosley and John Does 1-10 **(# 10)**.

More than 10 days have passed since service of the Recommendation and no party has filed objections. Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1). Where no party files objections to a recommendation, the Court applies whatever standard of review to that recommendation that it deems appropriate. *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir.1991). This Court has reviewed the recommendation under the otherwise applicable *de novo* standard of Fed. R. Civ. P. 72(b).

Upon *de novo* review, this Court's concurs in the Magistrate Judge's findings of fact and conclusions of law, and **ADOPTS** the Recommendation in its entirety. The Plaintiffs' Motion for

Default Judgment **(# 7)** is **GRANTED**.  The Court will enter a slightly modified[1] version of the proposed Judgment attached to the Recommendation simultaneously with this Order.

The Plaintiffs' Motion to Dismiss Claims Against Virginia Mosley and John Does 1-10 **(# 10)** is **GRANTED**.

Dated this 8th day of June, 2006

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge

---

[1] To reflect the dismissal of Defendants Virginia Mosley and John Does 1-10, the caption of the proposed Judgment will be modified.  In addition, the Court will modify paragraphs (A) and (B) of the section granting injunctive relief and the final paragraph of the proposed judgment to clarify an ambiguity as to the extent of the injunctive relief against persons "acting on their behalf"; paragraph (A)(2) of the injunctive relief section, to correct what would appear to be overbreadth in the final phrase; and the final paragraph of the proposed judgment, to correct what would appear to be overbreadth and to limit any inspection that might intrude on valid attorney-client privileges.